IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VALLEY FORGE LIFE INSURANCE COMPANY | ) ) ) NO. 3:05-0312 |
| v. | ) JUDGE CAMPBELL ) |
| VIVIAN GOTHARD | ) |

ORDER

Pending before the Court are Plaintiff's Renewed Motion for Summary Judgment (Docket No. 30) and Defendant's Motion to Quash Declaration of Vicki Eaton (Docket No. 41). For the reasons stated in the accompanying Memorandum, Plaintiff's Renewed Motion is GRANTED, and summary judgment is entered for Plaintiff against Defendant in this action. The policy of life insurance at issue herein is declared void and is hereby rescinded. Because the Court did not rely upon the Declaration of Vicki Eaton, Defendant's Motion to Quash is DENIED as moot.

The parties shall notify the Court, on or before June 30, 2006, what issues remain for decision and whether the trial set for September 19, 2006, should be canceled.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE